**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

v.                                          CASE NO. 5:05cr12/MCR

BRIAN JOSHUA TRUETT

_____/

## NOTICE and ORDER

This matter is before the Court on Defendant's motion requesting early termination of supervision. (*See* ECF No. 50). Defendant appeared before the Court on August 3, 2005, and at that time was sentenced to the custody of the Bureau of Prisons for a term of 160 months, followed by five years of supervised release. (*See* ECF No. 34). Defendant's prison sentence was later reduced to 120 months pursuant to amendments to the Sentencing Guidelines. (*See* ECF No. 48). Following completion of his term of imprisonment, Defendant was released by the Bureau of Prisons and began his term of supervision on October 30, 2015. The supervising probation officer reports that Defendant has maintained a stable residence and full time employment since his term of supervision began. Defendant has also complied with all special conditions of his supervision and completed his mandatory drug tests

with all tests returning negative results.  Nonetheless, the probation office does not recommend an early termination at this time because Defendant has not yet reached the halfway point of his term of supervised release.

Defendant has completed 20 months of his 60 month term of supervised release, which is ten months short of the halfway point.  The Court notes, however, that Defendant was released by the Bureau of Prisons on June 10, 2015, to serve the remaining four months of his sentence on home confinement with electronic location monitoring under the supervision of the United States Probation Office, and that Defendant successfully completed his term of home confinement without incident. In consideration of how well Defendant has performed on supervision, and in consideration of the four months of home confinement monitoring prior to the commencement of his term of supervision, the Court is inclined to grant Defendant's request once he has successfully completed 30 months, one half, of his current term of supervision, commencing June 10, 2015, to include his home confinement monitoring, without report of incident or adverse activity.  Therefore, the Court will defer ruling on this motion until December 11, 2017.  At that time, the supervising probation officer will be required to submit an updated report regarding Defendant's status on supervision and the Court will reconsider Defendant's request for early

termination of supervision.  Barring any report of adverse activity or incident, the

Court will grant Defendant's request and terminate his remaining term of supervision.

**SO ORDERED** this 22nd day of June, 2017.


_s/ M. Casey Rodgers_

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT COURT**