# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:05cr12/MCR

BRIAN JOSHUA TRUETT

_____/

# **O R D E R**

By Notice and Order dated June 22, 2017, the Court deferred ruling on Defendant's motion requesting early termination of supervision until December 11, 2017, pending an updated report regarding Defendant's status on supervision. *See* ECF No. 51. The supervising probation officer reports that Defendant has continued to do well on supervision with no violations since his release. Defendant has maintained a stable residence and full time employment since his term of supervision began. The probation officer reports that, throughout his term of supervision, Defendant has presented compliant and eager to put his past behind him. Therefore, based upon the supervising probation officer's report, and consistent with the prior Notice and Order, the Court finds it appropriate to grant Defendant's request for early termination of supervision.

Accordingly, Defendant is hereby discharged from supervised release and the proceedings in this case are terminated.

**DONE and ORDERED** this 15th day of December 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT COURT**